925 P.2d 374

# SUPREME COURT OF HAWAI'I

Higa v. Lino ..................... 16166    9/30/96    Denied    82 Hawai'i 535, 923 P.2d 952

Hunt v. First Ins. Co. of Hawaii, Ltd. ........................ 16515    9/23/96    Dismissed    82 Hawai'i 363, 922 P.2d 976

State v. Lazar .................... 17946    9/17/96    Denied    82 Hawai'i 441, 922 P.2d 1054

State v. Mori .................... 16262    2/27/96    Dismissed    82 Hawai'i 499, 923 P.2d 916